THE BOARD OF SUPERVISORS OF CHENANGO COUNTY *against* THE PEOPLE, on the relation of Russell W. Humphrey.

THIS case was similar to the last, and was disposed of in the same manner.